JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BEN FRANKLIN INVESTMENT CO., | ) | No. CV 01-07857 CW |
| Petitioner, | ) | ORDER DISMISSING CIVIL ACTION |
| v. | ) | |
| GUILLERMO CARMARENA, et al., | ) | |
| Respondent. | ) | |

THE COURT having been advised by counsel that the above-entitled action has been settled:

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days**, to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 31, 2009

/S/
_____
CARLA M. WOEHRLE
United States Magistrate Judge

cc: PARTIES OF RECORD

1